UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-2719-FMO (KS)                                         Date: May 20, 2021

Title   _Nayrika Debora Masjedi v. United States of America, et al._


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 5, 2020, Plaintiff, a California resident proceeding _pro se_, filed a civil rights complaint against the United States of America, President Donald J. Trump, Governor Gavin Newsom, the State of California and 50 unnamed Doe Defendants in the Supreme Court of the State of California for the County of Los Angeles. (Dkt. No. 1-1 ("Complaint").) On March 30, 2021, Defendants filed a Notice of Removal of Civil Action in this Court and attached Plaintiff's state court complaint. (Dkt. No. 1.) On April 6, 2020, the Court dismissed the Complaint for Plaintiff's lack of standing, on sovereign immunity grounds, and on Eleventh Amendment grounds, but granted Plaintiff leave to amend and ordered Plaintiff to file a First Amended Complaint correcting the defects identified by the Court no later than April 27, 2021. (Dkt. No. 4.) On May 10, 2021, Plaintiff filed an Application for Pro Se Litigant to electronically file documents, which the Court denied the following day. (Dkt. No. 10-11.)

More than three weeks have now passed since Plaintiff's April 27, 2021 deadline for filing a First Amended Complaint. To date, Plaintiff has not filed a First Amended Complaint, a request for an extension of time, or a Notice of Voluntary Dismissal. Rule 41(b) of the Federal Rules of Civil Procedure states that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 10, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  CV 21-2719-FMO (KS) | Date: May 20, 2021 |
| Title  *Nayrika Debora Masjedi v. United States of America, et al.* | |

extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why she failed to comply with the Court's prior order; or (2) a First Amended Complaint correcting the deficiencies identified in the Court's April 6, 2021 Order. Alternatively, if Plaintiff does not wish to pursue this action, she may dismiss the Complaint without prejudice by filing a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's April 6, 2021 Order (Dkt. No. 4) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |